**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC CLAY, et al.,<br><br>    Defendants. | No. 2:20-CV-1529-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. In light of the continued closure of the courthouses in this district to the public, the parties shall be required to appear telephonically at the scheduling conference set for December 9, 2020, at 10:00 a.m., before the undersigned in Redding, California. Parties shall arrange their appearances through CourtCall.

    IT IS SO ORDERED.

Dated: November 30, 2020

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE

1