**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL, | No. 2:20-CV-01529-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ERIC CLAY, et al., | |
| Defendants. | |

Plaintiff, proceeding with counsel, brings this civil action under 42 U.S.C. § 1983. Plaintiff filed her complaint on July 30, 2020. ECF No. 1. Summons issued the following day. ECF No. 2. To date, however, no defendant has been served. Service remains unexecuted. This action was set for a scheduling conference on December 9, 2020 at 10:00 a.m. Because no defendant has been served, this case is not ready for scheduling. The December 9, 2020 hearing will be vacated.

The Court will grant Plaintiff an additional sixty (60) days from the date of this Order to serve defendants. The Court will also calendar the scheduling conference for the alternate date of April 14, 2021 at 10:00 a.m.

///

///

///

1

If Plaintiff fails to serve process in the additional time here allotted, she shall appear before this Court on April 14, 2021 at 10:00 a.m. to show cause for the lack of prosecution and failure to comply with the Court's orders. See Local Rule 110.  Plaintiff is here advised that failure to complete timely service could result in dismissal of Plaintiff's claims.

IT IS SO ORDERED.

Dated:  December 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2