1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONNA MARIE WILL                              No.  2:20-CV-1529-KJM-DMC

12                    Plaintiff,

13           v.                                      ORDER

14    ERIC CLAY, et al.,

15                    Defendants.

16

17              Plaintiff, who is proceeding with retained counsel, brings this civil action.  Due to

18    a conflict in the Court's calendar, the scheduling conference currently set for April 14, 2021, at

19    10:00 a.m., is continued to April 15, 2021, at 11:00 a.m. in Redding, California.  The parties shall

20    appear telephonically via CourtCall.

21              IT IS SO ORDERED.

22

23    Dated:  March 24, 2021

24                                                   _____
                                                     DENNIS M. COTA
25                                                   UNITED STATES MAGISTRATE JUDGE

26

27

28