**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL | No. 2:20-CV-1529-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ERIC CLAY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On December 8, 2020, the Court directed Plaintiff to show cause why sanctions should not be imposed for failure to effect timely service of process. <u>See</u> ECF No. 7. A review of the docket reflects that Defendants have appeared in the action by way of their answer filed on January 27, 2021. <u>See</u> ECF No. 9. The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

Dated:  March 25, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1