# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MARIE WILL,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC CLAY, et al.,<br><br>    Defendants. | No. 2:20-CV-1529-KJM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. An initial scheduling conference was held on April 15, 2021, before the undersigned in Redding, California. Editte Lerman, Esq., appeared telephonically for Plaintiff. David Norton, Esq., appeared telephonically for Defendants. Upon consideration of the joint status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

        1.    No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

        2.    Jurisdiction and venue are not contested.

        3.    The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by May 10, 2021. The parties are reminded of their statutory obligation to update such disclosures in the course of discovery in this matter.

4. All non-expert discovery shall be completed and all motions pertaining to such discovery shall be noticed to be heard by October 4, 2022.

5. The parties shall complete all steps associated with disclosure of expert witnesses no later than November 1, 2022, and disclosure of rebuttal experts no later than December 6, 2022. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

6. All expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by February 7, 2023.

7. A settlement conference is set before the undersigned in Redding, California, on January 10, 2022, at 11:00 a.m.

8. All dispositive motions shall be noticed to be heard by April 4, 2023.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated: May 6, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE