## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MARIE WILL,<br><br>           Plaintiff,<br><br>   v.<br><br>ERIC CLAY, et al.,<br><br>           Defendants. | No. 2:20-CV-1529-KJM-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the settlement conference set for January 10, 2022, at 11:00 a.m., before the undersigned in Redding, California, is continued to January 11, 2022, at 11:00 a.m., before the undersigned in Redding, California.

      IT IS SO ORDERED.

Dated: September 23, 2021

                                                  _____<br>
                                                  DENNIS M. COTA<br>
                                                  UNITED STATES MAGISTRATE JUDGE