**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Larissa C. Celaya, SBN 332882
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
lcelaya@porterscott.com

Attorneys for Defendants, ERIC CLAY, KEITH CURL, KEVIN HALE, and COUNTY OF TEHAMA (also erroneously sued as TEHAMA COUNTY DISTRICT ATTORNEY'S OFFICE, TEHAMA COUNTY DISTRICT ATTORNEY BUREAU OF INVESTIGATION, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, and TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL, | Case No.: 2:20-cv-01529-KJM-DMC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| v. | |
| ERIC CLAY, KEITH CURL, KEVIN HALE, COUNTY OF TEHAMA, TEHAMA COUNTY DISTRICT ATTORNEY'S OFFICE, TEHAMA COUNTY DISTRICT ATTORNEY BUREAU OF INVESTIGATION, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY, and DOES 1-50 | Complaint Filed: 07/30/2020 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff DONNA MARIE WILL ("Plaintiff") and Defendants ERIC CLAY, KEITH CURL, KEVIN HALE, and COUNTY OF TEHAMA ("Defendants") (collectively, "The Parties") by and through their respective counsel. The Parties enter this stipulation and

proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to briefly continue the Mandatory Settlement Conference by 120 days.

WHEREAS, this case does not currently have a trial date;

WHEREAS, the current deadline for non-expert discovery is October 4, 2022, the current deadline for expert discovery is November 1, 2022, and the current deadline to hear dispositive motions is April 4, 2023;

WHEREAS, the parties have diligently conducted discovery, including the exchange of written discovery;

WHEREAS, the current Mandatory Settlement Conference is set for January 11, 2022;

WHEREAS, Defendants have not been able to obtain Plaintiff's medical records because Plaintiff has not provided Defendants with medical authorizations. Plaintiff's medical records are necessary to assess Plaintiff's alleged damages.

WHEREAS, Defendants have not been able to depose Plaintiff because Plaintiff is unavailable for her deposition until mid-February. Defendants believe it is necessary to take Plaintiff's deposition prior to the Mandatory Settlement Conference to engage in meaningful settlement discussions.

WHEREAS, Plaintiff's counsel will be unavailable from mid-March through mid-April because she will be in trial.

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

Mandatory Settlement Conference:   May 11, 2022, at 11:00 a.m., in Redding, California.

Good cause exists for a brief 120-day continuance of the Mandatory Settlement Conference to allow the parties sufficient time to obtain Plaintiff's medical records and conduct Plaintiff's deposition. Thus, the parties are requesting a 120-day continuance of the Mandatory Settlement Conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     **IT IS SO STIPULATED.**

2   Date: December 21, 2021       PORTER | SCOTT
3                                             A PROFESSIONAL CORPORATION

4

5                                             By  */s/ Larissa C. Celaya*
                                                      David R. Norton
6                                                       Larissa C. Celaya
                                                      Attorneys for Defendants

7

8   Dated:  December 21, 2021       LAW OFFICE OF E. D. LERMAN

9                                             By  /s/ *Editte D. Lerman* (as approved on 12/16/21)
10                                                      Editte D. Lerman
                                                      Attorney for Plaintiff

11

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# ORDER

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

**IT IS SO ORDERED.**

Dated:  December 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE