**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC CLAY, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-1529-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference is scheduled for May 11, 2022, at 11:00 a.m., before the undersigned via Zoom. The parties are directed to each submit a confidential settlement conference statement directly to chambers by May 4, 2022. These statements shall not be filed. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification. Absent the filing of waivers from all parties, the matter will be re-set for a

/ / /

/ / /

/ / /

/ / /

1

scheduling conference before a different Magistrate Judge and the hearing before the undersigned will be vacated.

IT IS SO ORDERED.

Dated: April 26, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC CLAY, et al.,<br><br>　　　　　　Defendants. | No.  2:20-CV-1529-KJM-DMC |

WAIVER OF DISQUALIFICATION

　　　　Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By:  For Plaintiff(s)

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　By:  For Defendant(s)