**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Safi U. Henson, SBN 342115
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
shenson@porterscott.com

Attorneys for Defendants, ERIC CLAY, KEITH CURL, KEVIN HALE, and COUNTY OF TEHAMA (also erroneously sued as TEHAMA COUNTY DISTRICT ATTORNEY'S OFFICE, TEHAMA COUNTY DISTRICT ATTORNEY BUREAU OF INVESTIGATION, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, and TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA MARIE WILL, | Case No.: 2:20-cv-01529-KJM-AC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER** |
| v. | |
| ERIC CLAY, KEITH CURL, KEVIN HALE, COUNTY OF TEHAMA, TEHAMA COUNTY DISTRICT ATTORNEY'S OFFICE, TEHAMA COUNTY DISTRICT ATTORNEY BUREAU OF INVESTIGATION, TEHAMA COUNTY CODE ENFORCEMENT, TEHAMA COUNTY DEPARTMENT OF PLANNING, TEHAMA COUNTY DEPARTMENT OF BUILDING AND SAFETY, and DOES 1-50 | Complaint Filed: 07/30/2020 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff DONNA MARIE WILL ("Plaintiff") and Defendants ERIC CLAY, KEITH CURL, KEVIN HALE, and COUNTY OF TEHAMA ("Defendants") (collectively, "The Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of

the scheduling order. The parties request to briefly continue the non-expert discovery deadline specifically as it pertains to Plaintiff's responses to the following outstanding discovery requests: Defendant County of Tehama's Requests for Production of Documents, Set Three; Defendant Eric Clay's Interrogatories, Set Three; and Defendant County of Tehama's Interrogatories, Set Two ("Outstanding Discovery").

WHEREAS, this case does not currently have a trial date;

WHEREAS, the non-expert discovery cutoff is currently October 4, 2022. This date is also the last day to hear non-expert discovery motions;

WHEREAS, the parties have diligently conducted discovery, including the exchange of written discovery;

WHEREAS, Defendants served Plaintiff with the Outstanding Discovery on August 31, 2022. Responses to the Outstanding Discovery are due on October 3, 2022;

WHEREAS, on September 29, 2022, Plaintiff's counsel requested a 30-day extension to allow Plaintiff more time to gather documents and information. A 30-day extension would put the deadline to respond to the Outstanding Discovery past the non-expert discovery cutoff and past the last day to hear non-expert discovery motions;

WHEREAS, the Parties wish to extend the non-expert discovery deadline and the last day to hear non-expert discovery motions only as it pertains to the Outstanding Discovery. The Parties do not wish to make any other modifications to the Pre-Trial Scheduling Order at this time;

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

- Last day for Plaintiff to provide written responses and documents in response to the Outstanding Discovery: November 2, 2022
- Last day to hear motions regarding non-expert discovery related to the Outstanding Discovery: November 17, 2022

Good cause exists for a brief, narrowly tailored continuance of the above deadlines to allow the parties sufficient time to complete written discovery. Thus, the parties are requesting a continuance of the non-expert discovery deadlines as it pertains to the Outstanding Discovery as stated above.

/ / /

/ / /

**IT IS SO STIPULATED.**

Date: October 6, 2022                    PORTER | SCOTT
                                         A PROFESSIONAL CORPORATION


                                         By   /s/ David R. Norton
                                            David R. Norton
                                            Safi U. Henson
                                            Attorneys for Defendants


Date: October 6, 2022                    Law Office of E. D. Lerman

                                         By   /s/ Editte D. Lerman (as approved on 9/29/22)
                                            Editte D. Lerman
                                            Attorney for Plaintiff


### **ORDER**

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

**IT IS SO ORDERED.**

DATED: October 6, 2022

                                         _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE